**Order entered July 13, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00409-CV

**PEOPLE PRIORITY SOLUTIONS, LLC, Appellant**

**V.**

**MCILVEEN REAL ESTATE & MANAGEMENT, INC., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02057**

### ORDER

Before the Court is appellant's written verification it has paid for the clerk's record and has requested the reporter's record. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre and Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court, to file their respective records no later than August 2, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Ms. Shaw, and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE